**In re the Marriage of Robert J. SEFKOW, petitioner, Respondent,**

v.

**Paula D. SEFKOW, Appellant.**

No. C0–84–2100.

Supreme Court of Minnesota.

Oct. 18, 1985.

---

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Robert J. Sefkow for further *review* of the decision of the Court of Appeals be, and the same is, *granted* for the limited purpose of remanding the matter to the Court of Appeals for its reconsideration of its decision in light of this court's recent decision in *Pikula v. Pikula,* 374 N.W.2d 705 (Minn.1985).